# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD MORGAN HAIRSTON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80587



FILED

FEB 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus seeks a writ directing the district court to vacate petitioner's judgment of conviction, which he contends the district court entered when it lacked jurisdiction.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

 
20-07959

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____ Pickering , C.J.
Pickering

_____ , J.        _____ , J.
Hardesty                              Cadish

cc:     Leonard Morgan Hairston
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk